Marjorie L. Hauf, Esq.
Nevada Bar No. 8111
Matthew G. Pfau, Esq.
Nevada Bar No. 11439
Cara Xidis, Esq.
Nevada Bar No. 11743
H&P LAW
8950 W Tropicana Ave., #1
Las Vegas, NV 89147
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Ryan Borchik**,<br><br>Plaintiff,<br><br>vs.<br><br>**State Farm Mutual Automobile Insurance Company,** a foreign corporation licensed to do business in Nevada; Does I through X, inclusive and Roe Business Entities I through X, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00567-RFB-VCF<br><br>**Stipulation to Extend Discovery Plan and Scheduling Order Deadlines (Second Request)** |

Pursuant to Fed R. Civ. P. 6, Fed. R. Civ. P. 26, LR IA 6-1, LR IA 6-2, LR 7-1, and LR 26-4, the parties, by and through their respective counsel of record, stipulate and agree that there is good cause to extend the discovery deadlines:

**I. Introduction**

The parties have worked diligently to complete the needed discovery, including disclosures and written discovery. Depositions of key witnesses have been delayed, however, resulting in the need for an additional extension of the discovery deadlines, as set forth below.

II. **Discovery Status**
   a. **Discovery that has been Completed:**
      1. Plaintiffs initial FRCP 26 disclosures
      2. Defendant's initial FRCP 26 disclosures
      3. Plaintiffs first supplemental FRCP 26 disclosure
      4. Plaintiffs second supplemental FRCP 26 disclosure
      5. Plaintiffs third supplemental FRCP 26 disclosure
      6. Defendant's interrogatories to Plaintiff
      7. Defendant's request for production to Plaintiff
      8. Defendant's request for admissions to Plaintiff
      9. Plaintiff's interrogatories to Defendant
      10. Plaintiffs request for production to Defendant
      11. Plaintiff's requests for admission to Defendant
      12. Plaintiff fourth supplemental FRCP 26 disclosure
      13. Defendant responded to Plaintiff's written discovery
      14. Plaintiff responded to Defendant's written discovery
   b. **Discovery that Remains**
      a. Preparation of a stipulated protective order so that State Farm can produce trade secret and/or confidential business information; production of said documents
      b. Deposition of Ryan Brent
      c. Deposition of State Farm's 30(b)(6) witness
      d. Deposition of Ryan Borchik
      e. Expert disclosures
      f. Deposition of experts, if needed
      g. Additional written discovery as needed

### III. Reason for the Requested Extension

The parties have completed the above-referenced discovery. The parties have also been coordinating a stipulated protective order so that State Farm can produce documents to Plaintiff that are confidential and/or trade secret. Both parties are coordinating the depositions of Ryan Brent and the FRCP (30)(b)(6) witness for State Farm but there have been scheduling issues, made more difficult by the holidays. The parties' retained experts will need these depositions for their reports. For these, the parties seek a 30 day extension to the discovery deadlines, as outlined below.

### IV. Proposed Schedule

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Motions to amend or add parties | October 29, 2021 | October 29, 2021 |
| Initial expert disclosures | January 14, 2022 | February 14, 2022 |
| Rebuttal expert disclosures | February 14, 2022 | March 16, 2022 |
| Close of Discovery | March 14, 2022 | April 13, 2022 |
| Dispositive motions | April 4, 2022 | May 4, 2022 |
| Pre-Trial Order | May 4, 2022 | June 3, 2022 |

Dated this 13th day of December 2021.   Dated this 13th day of December 2021.

H&P Law                                                              Carman Cooney Forbush PLLC

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

/s/ Marjorie Hauf                                                 /s/ Sean Cooney
_____          _____
Marjorie Hauf, Esq.                                         Sean Cooney, Esq
Nevada Bar No. 8111                                      Nevada Bar No. 12945
*Attorneys for Plaintiff*                                     *Attorneys for Defendants*

### ORDER

It is so ordered.

December 14, 2021

_____
Cam Ferenbach
United States Magistrate Judge