Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Ryan Borchik**, | Case No.: 2:21-CV-00567- BNW |
| Plaintiff, | |
| vs. | **Stipulation and Order** |
| **State Farm Mutual Automobile Insurance Company,** a foreign corporation licensed to do business in Nevada; Does I through X, inclusive and Roe Business Entities I through X, inclusive, | |
| Defendants. | |

COME NOW the parties hereto, by and through their counsel of record, and stipulate as follows:

(1) Motions in Limine shall be filed by Tuesday, January 6, 2026;

(2) Responses to Motions in Limine shall be filed by Friday, January 9, 2026;

(3) Replies to Motions in Limine shall be filed by Tuesday, January 13, 2026; and

(4) The Calendar Call set for January 13, 2026, has been vacated and reset to January 26, 2026, at 10:00am.

| Dated this 6th day of January, 2026. | Dated this 6th day of January, 2026. |
|---|---|
| H&P Law | Cooney Forbush PLLC |
| /s/ Marjorie Hauf | /s/ Sean Cooney |
| Marjorie Hauf, Esq.<br>Nevada Bar No. 8111<br>Cara Xidis, Esq.<br>Nevada Bar No. 11743<br>*Attorneys for Plaintiff* | Sean Cooney, Esq.<br>Nevada Bar No. 12945<br>*Attorneys for Defendant* |

**ORDER**

It is so ordered.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 8, 2026

STIPULATION AND ORDER