**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Ryan Borchik, | Case No. 2:21-cv-00567-BNW |
| Plaintiff, | |
| v. | **ORDER RE NUMBER OF JURORS AND ALTERNATES** |
| State Farm Mutual Automobile Insurance Company, | |
| Defendant. | |

During calendar call, this Court expressed it intended to empanel 8 jurors and have no alternate jurors. Defendant agreed with that proposal. Plaintiff requested that this Court empanel 6 jurors and have 2 additional jurors serve as alternates.

This Court has considered the proposals of the parties. Fed. R. Civ. P. 48 requires, in relevant part, that "at least 6 and no more than 12" members of the jury participate in the verdict. This Court will empanel 8 jurors with no alternate jurors. Should any juror be excused for good cause during trial or jury deliberation, the remaining jurors will continue to participate during trial and jury deliberation. Fed. R. Civ. P. 47(c). At no time will fewer than 6 jurors participate in trial or jury deliberation absent a stipulation by counsel. Fed. R. Civ. P. 48(b).

**IT IS SO ORDERED**.

DATED: January 26, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE