Marjorie L. Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 S. 9th Street
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Ryan Borchik**, | Case No.: 2:21-CV-00567- BNW |
| Plaintiff, | |
| vs. | **Stipulation and Order** |
| **State Farm Mutual Automobile Insurance Company,** a foreign corporation licensed to do business in Nevada; Does I through X, inclusive and Roe Business Entities I through X, inclusive, | |
| Defendants. | |

WHEREAS Plaintiff's counsel, Cara Xidis, Esq., has been suffering from the stomach flu since 8:00PM on January 26, 2026, until present, and needs additional time to finalize and file the three sets of jury instructions with Defendant's counsel, and to file the Reply in Support of Plaintiff's Motion in Limine No. 1;

IT IS HEREBY STIPULATED that the deadline to submit the jury instructions shall be extended from January 27, 2026, to January 28, 2026, by 12:00PM;

IT IS FURTHER STIPULATED that the deadline to file the Reply in Support of

Plaintiff's Motion in Limine No. 1 shall be extended to January 28, 2026.

The parties warrant and affirm that the requested extension is being sought in good faith and not for the purpose of delay.

Dated this 27th day of January, 2026.

H&P Law

 /s/ Marjorie Hauf

Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
*Attorneys for Plaintiff*

Dated this 27th day of January, 2026.

Cooney Forbush PLLC

 /s/ Sean Cooney

Sean Cooney, Esq.
Nevada Bar No. 12945
*Attorneys for Defendant*

**ORDER**

It is so ordered.

UNITED STATES MAGISTRATE JUDGE
DATED: January 28, 2026

STIPULATION AND ORDER