**SEAN D. COONEY, ESQ.**
NV Bar # 12945
**CARMAN COONEY FORBUSH PLLC**
4045 Spencer Street Suite A47
Las Vegas, NV 89119
Telephone: (702) 421-0111
Facsimile: (702) 516-1033
service@ccfattorneys.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ryan Borchik | 2:21-CV-00567-BNW |
| Plaintiff, | **STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| State Farm Mutual Automobile Insurance Company, a foreign corporation licensed to do business in Nevada; Does I through X, inclusive, | |
| Defendants | |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Ryan Borchik and Defendant State Farm Mutual Automobile Insurance Company by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

\ \ \

\ \ \

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

DATED __May 4,_____, 2026                    DATED _____, 2026

**CARMAN COONEY FORBUSH PLLC**                **H&P LAW**

/s/ Cara Xidis

SEAN D. COONEY, ESQ.                         MARJORIE L. HAUF, ESQ.
Attorney for Defendant                       CARA XIDIS, ESQ.
State Farm Mutual Automobile                 Attorneys for Plaintiff
Insurance Company                            Ryan Borchik

## ORDER

The entire matter be dismissed with prejudice, each party to bear their own fees and costs.

It is further stipulated that all current hearings, deadlines, trial dates, and conferences on calendar shall be vacated.

**IT IS SO ORDERED.**

Dated: __May 5, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN COONEY FORBUSH PLLC, and that on April 13, 2026, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:**

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**Person(s) Served:**

Marjorie L. Hauf, Esq
Cara Xidis, Esq..
**H&P LAW**
710 S. 9th Street
Las Vegas, Nevada 89101
United States of America
Attorney for Plaintiff,
Ryan Borchik


/s/ M. Sue Pugh

_____

**CARMAN COONEY FORBUSH PLLC**

3

## Sue Pugh

| | |
|---|---|
| **From:** | Cara Xidis <Cxidis@CourtRoomProven.com> |
| **Sent:** | Monday, April 13, 2026 4:16 PM |
| **To:** | Sue Pugh; Sean D. Cooney |
| **Cc:** | Vanessa Pifer; Jennifer Velasquez; Anthony Velasquez; Marjorie Hauf; Yolanda Carrillo |
| **Subject:** | RE: Case No:  / In re: Yadira Suarez-ZaldivarRE: Borchik v. State Farm - Mediator's Proposal |

Sue,

Upon delivery to my runner of checks totaling $409,240.00, you have my permission to e-sign the SAO for dismissal.



**Cara Xidis**
**Partner**
710 S. Ninth Street
Las Vegas, Nevada 89101
702 598 4529 TEL
702 598 3626 FAX
www.courtroomproven.com

**From:** Sue Pugh <sue@cooneyforbush.com>
**Sent:** Monday, April 13, 2026 4:10 PM
**To:** Cara Xidis <Cxidis@CourtRoomProven.com>; Sean D. Cooney <seanc@cooneyforbush.com>
**Cc:** Vanessa Pifer <vpifer@CourtRoomProven.com>; Jennifer Velasquez <Jennifer@ccfattorneys.com>; Anthony Velasquez <anthony@cooneyforbush.com>; Marjorie Hauf <Mhauf@CourtRoomProven.com>; Yolanda Carrillo <ycarrillo@CourtRoomProven.com>
**Subject:** RE: Case No: / In re: Yadira Suarez-ZaldivarRE: Borchik v. State Farm - Mediator's Proposal

Please send an updated approval for e-sig

*Sue Pugh*

Sue Pugh|Legal Assistant



**COONEY FORBUSH**
PLLC

4045 Spencer Street, A47

1